IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DAVID BOSADA, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-09-CA-456-LY |
| | § | |
| PROCOLLECT, INC., | § | |
| | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the Court is the above-entitled and numbered cause. Today by separate order the Court granted the parties' Agreed Motion to Dismiss With Prejudice filed July 21, 2009 (Clerk's Document 4), and dismissed with prejudice all claims and causes of action asserted or that could have been asserted by Plaintiff David Bosada against Defendant ProCollect, Inc. Seeing that no matters remain pending in this cause, the Court renders this Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all claims and causes of action asserted or that could have been asserted in this cause by Plaintiff David Bosada against Defendant ProCollect, Inc. are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all relief not expressly granted is **DENIED**.

**IT IS FINALLY ORDERED** that this cause is **CLOSED**.

SIGNED this 28th day of July, 2009.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE